UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SQUIRES, MALACHY § Case No. 05-61012
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 04/19/2011 in Courtroom 644, United States Courthouse, 219 S. Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/04/2011     By: /s/BRADLEY J. WALLER
                                                        Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: SQUIRES, MALACHY | § | Case No. 05-61012 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 43,036.96 |
| *and approved disbursements of* | $ 25,167.45 |
| *leaving a balance on hand of* [1] | $ 17,869.51 |

**Balance on hand:** $ 17,869.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 17,869.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 4,148.20 | 0.00 | 4,148.20 |
| Trustee, Expenses - BRADLEY J. WALLER | 102.00 | 0.00 | 102.00 |

Total to be paid for chapter 7 administration expenses: $ 4,250.20
Remaining balance: $ 13,619.31

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,619.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,619.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,410.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 78.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC | 3,645.62 | 0.00 | 2,851.70 |
| 2 | Asset Acceptance LLC | 236.15 | 0.00 | 184.72 |
| 3 -2 | Elizabeth L. Krueger | 13,529.19 | 0.00 | 10,582.89 |

Total to be paid for timely general unsecured claims: $ 13,619.31
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:                                      $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:                        $         0.00


Prepared By:   /s/BRADLEY J. WALLER
               Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: mgonzalez              Page 1 of 1              Date Rcvd: Feb 07, 2006
Case: 05-61012                 Form ID: ntcftfc7            Total Served: 12
```

The following entities were served by first class mail on Feb 09, 2006.
```
db         +Malachy Squires,    420 Apache Lane,    Hoffman Estates, IL 60194-1921
aty        +Charles N Therman,    Law Office Of Charles N Therman, LTD,    Executive Towers,    5901 N Cicero Ave,
             Suite 600,    Chicago, IL 60646-5721
tr         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
10368569   +Abid Sabeeh assignee/notice for,    Mohammed Haque,    1897 Sunset Drive,
             Hanover Park, IL 60133-5360
10368570   +Alexian Brothers Medical Center,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3397
10368572    Asset Acceptance LLC assignee/notice for,    Ameristar,    PO Box 9063,    Brandon, FL 33509-9063
10368574    Elizabeth L. Krueger,    305 S. Naperville Rd.,    Wheaton, IL 60187-5440
10368575   +Nco-medclr,    Po Box 8547,    Philadelphia, PA 19101-8547
10368576   +Northwest Collectors,    3601 Algonquin Rd,    Rolling Meadow, IL 60008-3143
10368577   +Ronald Scaletta assignee/notice for,    Stacey Wobith,    188 W. Randolph, #1226,
             Chicago, IL 60601-2999
```
The following entities were served by electronic transmission on Feb 08, 2006 and receipt of the transmission
was confirmed on:
```
10368571   +EDI: ACCE.COM Feb 08 2006 00:34:00      Asset Accept,    Po Box 2036,    Warren, MI 48090-2036
10368573   +EDI: CAPITALONE.COM Feb 08 2006 00:34:00      Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
                                                                                                   TOTAL: 2
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2006                Signature:    *Joseph Speetjens*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 05-61012-PSH
Malachy Squires                                                 Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 1          Date Rcvd: Mar 24, 2011
                              Form ID: pdf006          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2011.
```
db         +Malachy Squires,    420 Apache Lane,    Hoffman Estates, IL 60169-1921
aty        +Charles N Therman,    Law Offices of Charles Therman &,   Associates, Ltd.,
             8501 W. Higgins Road, Suite 420,    Chicago, IL 60631-2811
tr         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
10368569   +Abid Sabeeh assignee/notice for,    Mohammed Haque,   1897 Sunset Drive,
             Hanover Park, IL 60133-5360
10368570   +Alexian Brothers Medical Center,    800 Biesterfield Road,   Elk Grove Village, IL 60007-3396
10368573   +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
10601525   +Coral Betz,    2100 Manchester Rd.,    Wheaton, IL 60187-4579
10601526   +Doug Frent,    350 S. Schmale Rd.,    Carol Stream, IL 60188-2794
10368574    Elizabeth L. Krueger,    305 S. Naperville Rd.,   Wheaton, IL 60187-5440
10670380    IL Dept of Employment Security,    PO Box 3637,   Springfield, IL 62708-3637
10368575  ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
           (address filed with court:  Nco-medclr,   Po Box 8547,    Philadelphia, PA 19101)
10368577   +Ronald Scaletta assignee/notice for,    Stacey Wobith,   188 W. Randolph, #1226,
             Chicago, IL 60601-2999
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10368571   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 24 2011 22:18:38     Asset Accept,   Po Box 2036,
             Warren, MI 48090-2036
10612037   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 24 2011 22:18:38     Asset Acceptance LLC,
             P.O. Box 2036,   Warren MI 48090-2036
10368572    E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 24 2011 22:18:38
             Asset Acceptance LLC assignee/notice for,    Ameristar,   PO Box 9063,   Brandon, FL 33509-9063
10368576   +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Mar 24 2011 22:21:08     Northwest Collectors,
             3601 Algonquin Rd,   Rolling Meadow, IL 60008-3143
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
10670378*  +Coral Betz,    2100 Manchester Rd.,    Wheaton, IL 60187-4579
10670379*  +Doug Frent,    350 S. Schmale Rd.,    Carol Stream, IL 60188-2794
                                                                                   TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2011**          **Signature:**  *Joseph Speetjens*