# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: SQUIRES, MALACHY

Case No. 05-61012

Chapter  7

_____,

Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$1,045.00_____   Assets Exempt: _$0.00_____
*(without deducting any secured claims)*

Total Distribution to Claimants: _$14,319.31_   Claims Discharged
Without Payment: _$3,791.65_____

Total Expenses of Administration: _$19,662.65_

3)  Total gross receipts of $    43,036.96   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    9,055.00    (see **Exhibit 2** ), yielded net receipts of $33,981.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $700.00 | $700.00 | $700.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,662.65 | 19,662.65 | 19,662.65 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 30,940.15 | 17,410.96 | 13,619.31 |
| **TOTAL DISBURSEMENTS** | $0.00 | $51,302.80 | $37,773.61 | $33,981.96 |

4)  This case was originally filed under Chapter 7 on October 16, 2005. The case was pending for 69 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2011          By: /s/BRADLEY J. WALLER
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI CLAIM | 1142-000 | 43,000.00 |
| Interest Income | 1270-000 | 36.96 |
| **TOTAL GROSS RECEIPTS** | | $43,036.96 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Malachy Squires | Payment of personal injury and wildcard exemptions | 8100-002 | 9,055.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $9,055.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acu-Care Chiropractic | 4210-000 | N/A | 45.00 | 45.00 | 45.00 |
| | Northwest Community Hospital | 4210-000 | N/A | 655.00 | 655.00 | 655.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $700.00 | $700.00 | $700.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 4,148.20 | 4,148.20 | 4,148.20 |
| BRADLEY J. WALLER | 2200-000 | N/A | 102.00 | 102.00 | 102.00 |
| Charles N. Therman | 3210-000 | N/A | 14,331.90 | 14,331.90 | 14,331.90 |

**UST Form 101-7-TDR (10/1/2010)**

| Charles N. Therman | 3220-000 | N/A | 1,080.55 | 1,080.55 | 1,080.55 |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 19,662.65 | 19,662.65 | 19,662.65 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance LLC | 7100-000 | N/A | 3,645.62 | 3,645.62 | 2,851.70 |
| 2 | Asset Acceptance LLC | 7100-000 | N/A | 236.15 | 236.15 | 184.72 |
| 3 | Elizabeth L. Krueger | 7100-000 | N/A | 13,529.19 | 0.00 | 0.00 |
| 3 -2 | Elizabeth L. Krueger | 7100-000 | N/A | 13,529.19 | 13,529.19 | 10,582.89 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 30,940.15 | 17,410.96 | 13,619.31 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 05-61012 | **Trustee:** (330500)  BRADLEY J. WALLER |
| **Case Name:** SQUIRES, MALACHY | **Filed (f) or Converted (c):** 10/16/05 (f) |
| | **§341(a) Meeting Date:** 01/30/06 |
| **Period Ending:** 07/15/11 | **Claims Bar Date:** 05/10/06 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  CASH ON HAND | 20.00 | 0.00 | DA | 0.00 | FA |
| 2  CHECKING ACCOUNT-CHARTER ONE | 200.00 | 0.00 | DA | 0.00 | FA |
| 3  HOUSEHOLD GOODS | 200.00 | 0.00 | DA | 0.00 | FA |
| 4  WEARING APPAREL | 100.00 | 0.00 | DA | 0.00 | FA |
| 5  COSTUME/PETTY JEWELRY | 25.00 | 0.00 | DA | 0.00 | FA |
| 6  1/2 OF FORMER SPOUSE'S PENSION QUATRO | Unknown | 0.00 | DA | 0.00 | FA |
| 7  PI CLAIM | 20,000.00 | 33,945.00 | | 43,000.00 | FA |
| 8  1973 HONDA CB750 | 500.00 | 0.00 | DA | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 36.96 | FA |
| 9  **Assets**  **Totals** (Excluding unknown values) | **$21,045.00** | **$33,945.00** | | **$43,036.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Awaiting receipt of monies on PI settlement.  Approved by court 01/10/2008.

 **Initial Projected Date Of Final Report (TFR):**    December 31, 2007       **Current Projected Date Of Final Report (TFR):**    March 25, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-61012 | |
| Case Name: | SQUIRES, MALACHY | |
| | | |
| Taxpayer ID #: | **-***2089 | |
| Period Ending: | 07/15/11 | |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****33-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/13/08 | {7} | Allstate Indemnity Company | Per court order Approving Personal Injury Settlement of 01/10/08. | 1142-000 | 43,000.00 | | 43,000.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.28 | | 43,003.28 |
| 04/09/08 | | To Account #*******3366 | Transfer funds to checking account | 9999-000 | | 10,135.55 | 32,867.73 |
| 04/09/08 | 1001 | Charles N. Therman | Payment of Attorney's fees per court order of 01/10/2008 | 3210-000 | | 14,331.90 | 18,535.83 |
| 04/09/08 | 1002 | Acu-Care Chiropractic | Payment of lien per court order of 01/10/2008 | 4210-000 | | 45.00 | 18,490.83 |
| 04/09/08 | 1003 | Northwest Community Hospital | Payment of Lien per court order of 01/10/2008 | 4210-000 | | 655.00 | 17,835.83 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.11 | | 17,839.94 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.23 | | 17,842.17 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.26 | | 17,844.43 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.26 | | 17,846.69 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.12 | | 17,848.81 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.34 | | 17,851.15 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.94 | | 17,853.09 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.40 | | 17,854.49 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 17,855.75 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,856.47 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,857.14 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 17,857.91 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,858.63 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,859.33 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 17,860.10 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,860.85 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,861.60 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,862.32 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,863.04 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,863.79 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,864.54 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,865.24 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 17,865.92 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 17,866.72 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 17,866.84 |
| 04/06/10 | | Wire out to BNYM account 9200******3365 | Wire out to BNYM account 9200******3365 | 9999-000 | -17,866.84 | | 0.00 |

|  | | | | | Subtotals : | $25,167.45 | $25,167.45 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-61012 | |
| Case Name: | SQUIRES, MALACHY | |
| | | |
| Taxpayer ID #: | **-***2089 | |
| Period Ending: | 07/15/11 | |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****33-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 25,167.45 | 25,167.45 | $0.00 |
| | | | Less: Bank Transfers | | -17,866.84 | 10,135.55 | |
| | | | **Subtotal** | | 43,034.29 | 15,031.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$43,034.29** | **$15,031.90** | |

{} Asset reference(s)

Printed: 07/15/2011 01:48 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-61012 |
| Case Name: | SQUIRES, MALACHY |
| | |
| Taxpayer ID #: | **-***2089 |
| Period Ending: | 07/15/11 |

| | |
|---|---|
| Trustee: | BRADLEY J. WALLER (330500) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****33-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/08 | | From Account #*******3365 | Transfer funds to checking account | 9999-000 | 10,135.55 | | 10,135.55 |
| 04/09/08 | 101 | Charles N. Therman | Payment of Attorney's expenses per court order of 01/10/2008 | 3220-000 | | 1,080.55 | 9,055.00 |
| 04/09/08 | 102 | Malachy Squires | Payment of personal injury and wildcard exemptions | 8100-002 | | 9,055.00 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 10,135.55 | 10,135.55 | $0.00 |
| Less: Bank Transfers | 10,135.55 | 0.00 |
| Subtotal | 0.00 | 10,135.55 |
| Less: Payments to Debtors | | 9,055.00 |
| NET Receipts / Disbursements | $0.00 | $1,080.55 |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-61012 |
| **Case Name:** | SQUIRES, MALACHY |
| **Taxpayer ID #:** | **-***2089 |
| **Period Ending:** | 07/15/11 |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330500) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******33-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3365 | Wire in from JPMorgan Chase Bank, N.A. account ********3365 | 9999-000 | 17,866.84 | | 17,866.84 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.85 | | 17,867.69 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.06 | | 17,868.75 |
| 06/23/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.76 | | 17,869.51 |
| 06/23/10 | | To Account #9200******3366 | | 9999-000 | | 17,869.51 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 17,869.51 | 17,869.51 | $0.00 |
| Less: Bank Transfers | 17,866.84 | 17,869.51 | |
| **Subtotal** | 2.67 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $2.67 | $0.00 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 05-61012 | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|
| Case Name: | SQUIRES, MALACHY | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******33-66 - Checking Account |
| Taxpayer ID #: | **-***2089 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/15/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/10 | | From Account #9200******3365 | | 9999-000 | 17,869.51 | | 17,869.51 |
| 04/19/11 | 10103 | BRADLEY J. WALLER | Dividend paid 100.00% on $102.00, Trustee Expenses;  Reference: | 2200-000 | | 102.00 | 17,767.51 |
| 04/19/11 | 10104 | BRADLEY J. WALLER | Dividend paid 100.00% on $4,148.20, Trustee Compensation;  Reference: | 2100-000 | | 4,148.20 | 13,619.31 |
| 04/19/11 | 10105 | Asset Acceptance LLC | Dividend paid  78.22% on $3,645.62; Claim# 1; Filed: $3,645.62; Reference: | 7100-000 | | 2,851.70 | 10,767.61 |
| 04/19/11 | 10106 | Asset Acceptance LLC | Dividend paid  78.22% on $236.15; Claim# 2; Filed: $236.15; Reference: | 7100-000 | | 184.72 | 10,582.89 |
| 04/19/11 | 10107 | Elizabeth L. Krueger | Dividend paid  78.22% on $13,529.19; Claim# 3 -2; Filed: $13,529.19; Reference: | 7100-000 | | 10,582.89 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 17,869.51 | 17,869.51 | $0.00 |
| Less: Bank Transfers | 17,869.51 | 0.00 |
| Subtotal | 0.00 | 17,869.51 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $17,869.51 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****33-65 | 43,034.29 | 15,031.90 | 0.00 |
| Checking # ***-*****33-66 | 0.00 | 1,080.55 | 0.00 |
| MMA # 9200-*****33-65 | 2.67 | 0.00 | 0.00 |
| Checking # 9200-*****33-66 | 0.00 | 17,869.51 | 0.00 |
| | $43,036.96 | $33,981.96 | $0.00 |